HARRINGTON COMPANY, appellant,

*v.*

CHARLES JONES et al., respondents.

[Decided May 19th, 1930.]

*Mr. Harry B. Brockhurst,* for the appellant.

*Mr. Charles Jones,* for the respondent.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Berry, and reported in *104 N. J. Eq. 377.*

*For affirmance*—THE CHIEF-JUSTICE, TRENCHARD, PARKER, BLACK, CAMPBELL, LLOYD, CASE, BODINE, VAN BUSKIRK, McGLENNON, KAYS, HETFIELD, DEAR, WELLS, JJ. 14.

*For reversal*—None.